

WWW.RIVKINRADLER.COM

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

**STEVEN AULETTA**
(518) 641-7061
steven.auletta@rivkin.com

March 15, 2024

Hon. Colleen McMahon, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**RE:  Luis Lopez, as Administrator of the Estate of Jaime Lopez-Cabrera
v. Kevin Wolensky and Katherine Gorey.**
Civil Action No. 1:20-cv-07798-CM

Dear Judge McMahon:

This firm represents the Defendants, Kevin Wolensky and Katherine Gorey, in the above referenced matter. As part of the Defendants' motion for summary judgment, we intend to submit audio and video files related to the incident in question. The audio files are police radio and dispatch recordings and communications. The video files are footage of the incident in question. We expect to submit approximately, but not more than 5 to 10 audio and video files as necessary to support Defendants' motion for summary judgment.

In accordance with my paralegal's March 14 call with your Honor's Deputy Clerk, we respectfully request permission to file, in hard copy, the above referenced audio files and video files with the Court directly via flash drive, with a copy to all counsel. If approved, a slip sheet holding each original exhibit's place will be e-filed with Defendants' motion to satisfy e-filing requirements.

Thank you for your time and attention to this matter.

Very truly yours,

RIVKIN RADLER LLP

*Steven J. Auletta* (signature)

Steven J. Auletta

SJA/dls
cc:    Philip A. DeCaro, Esq.

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333