UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS R. LOPEZ as Administrator of the Estate of JAIME LOPEZ-CABRERA,<br><br>Plaintiff,<br><br>-against-<br><br>KEVIN WOLENSKY and KATHERINE GOREY,<br><br>Defendants. | Case 1:20-cv-07798-CM<br><br>**DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

JOHN F. QUEENAN, an attorney in good standing in the bar of this Court and State of New York and admitted to practice in the Federal District Court for the Southern District of New York, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a Partner with the firm Rivkin Radler LLP, attorneys for Defendants, Kevin Wolensky and Katherine Gorey in this matter. I submit this Declaration in Support of Defendants' motion pursuant to Fed. R. Civ. P. 56 for an Order dismissing Plaintiff's Complaint with prejudice.

2. Annexed hereto as **Exhibit "1"** is a true and accurate copy of video footage, 15 minutes in length, which recorded events prior to and including the encounter between Defendants and Jaime-Lopez Cabrera. The recording does not have audio as the camera did not record sound.

3. Annexed hereto as **Exhibit "2"** is a true and accurate copy of video footage, also 15 minutes in length, which recorded events prior to between Defendants and Jaime-Lopez Cabrera. The recording does not have audio as the camera did not record sound.

4. Annexed hereto as **Exhibit "3"** is a true and accurate copy of New York State Police Troop K communication with file name: "Recorded on 25-Sep-2018 at 11.04.17 (2HP{)PDW01819102).WAV" which relates to and informed the New York State Police response to the scene at the Coyote Flaco restaurant.[1]

5. Annexed hereto as **Exhibit "4"** is a true and accurate copy of a Dutchess County 911 communication with file name "Recorded on 25-Sep-2018 at 11.04.51 (2HP{-BOW04315032).WAV" which relates to and informed the New York State Police response to the scene at the Coyote Flaco restaurant.[2]

6. Annexed hereto as **Exhibit "5"** is a true and accurate copy of a Dutchess County 911 communication with file name "Recorded on 25-Sep-2018 at 11.05.13 (2HP{-_8104315032).WAV" which relates to and informed the New York State Police response to the scene at the Coyote Flaco restaurant.

7. Annexed hereto as **Exhibit "6"** is a true and accurate copy of New York State Police Troop K communication with file name "Recorded on 25-Sep-2018 at 11.07.49 (2HP{3@C104315032).WAV" which relates to and informed the New York State Police response to the scene at the Coyote Flaco restaurant.

8. Annexed hereto as **Exhibit "7"** is a true and accurate aerial photo of the Coyote Flaco premises on September 25, 2018.

9. Annexed hereto as **Exhibit "8"** are true and accurate photos of the area near the minivan behind the Coyote Flaco on September 25, 2018.

---

[1] A business record certification from New York State Police is being submitted simultaneously with Defendants' Motion.
[2] A business record certification from Dutchess County is being submitted simultaneously with Defendants' Motion.

10. Annexed hereto as **Exhibit "9"** is a true and accurate copy of New York State Police Troop K communication with file name "Recorded on 25-Sep-2018 at 11.06.08 (2HP{117G00719102).WAV" which relates to and informed the New York State Police to response to the scene at the Coyote Flaco restaurant.

11. Annexed hereto as **Exhibit "10"** are true and accurate photos of where Trooper Wolensky parked his police vehicle, marked 2K81, in the front of the Coyote Flaco and next to Trooper Gorey's police vehicle.

12. Annexed hereto as **Exhibit "11"** is a still image of the video paused at the moment that Mr. Lopez-Cabrera dug deeper into his left pants pocket to grab the thick-handled object.

13. Annexed hereto as **Exhibit "12"** are true and accurate photos of the electric screwdriver that was in Mr. Lopez-Cabrera's left pants pocket.

14. Annexed hereto as **Exhibit "13"** is a true and accurate copy of the call to New York City 911 call by Jinhson Lopez which was introduced at and played during the Deposition of Jinshon Lopez on May 6, 2022. *See* Jinhson Dep. Tr., pp. 205-211. During his deposition, Mr. Jihnson Lopez confirmed that this was his voice reporting information to New York City 911 about the knife menacing call. *See id.*

15. Annexed hereto as **Exhibit "14"** is a true and accurate copy of the call to New York State Police Troop K call by Jinhson Lopez which was introduced at and played during the Deposition of Jinshon Lopez on May 6, 2022, with file name "Recorded on 25-Sep-2018 at 11.00.06 (2HP{!-8G00419102).WAV". *See* Jinhson Dep. Tr., pp. 205-211. During his deposition, Mr. Jihnson Lopez confirmed that this was his voice reporting information to New York State Troop K about the knife menacing call. *See id.*

16. Annexed hereto as **Exhibit "15"** is a true and accurate copy of the call to New York State Police Troop K call by Jinhson Lopez which was introduced at and played during the Deposition of Jinshon Lopez on May 6, 2022, with file name "Recorded on 25-Sep-2018 at 11.00.36 (2HP{!S8G00519102).WAV".  *See* Jinhson Dep. Tr., pp. 205-211.  During his deposition, Mr. Jihnson Lopez confirmed that this was his voice reporting information to New York State Troop K about the knife menacing call. *See id.*

17. Annexed hereto as **Exhibit "16"** is a true and accurate copy of the Death Certificate of Jaime Lopez-Cabrera.

18. Annexed hereto as **Exhibit "17"** is a true and accurate copy of the Temporary Order of Protection, obtained from Dutchess County Family Court by Araceli Parra against Jaime Lopez-Cabrera on September 24, 2018.

19. Annexed hereto as **Exhibit "18"** are true and accurate copies of the relevant pages of testimony from the deposition of Araceli Parra to which citation is made in the Defendants' Local Rule 56 Statement and Memorandum of Law in Support of Defendants' Motion for Summary Judgment.

20. Annexed hereto as **Exhibit "19"** are true and accurate copies of the relevant pages of testimony from the deposition of Jihnson Lopez to which citation is made in the Defendants' Local Rule 56 Statement and Memorandum of Law in Support of Defendants' Motion for Summary Judgment.

21. Annexed hereto as **Exhibit "20"** are true and accurate copies of the relevant pages of testimony from the deposition of Trooper Kevin Wolensky to which citation is made in the Defendants' Local Rule 56 Statement and Memorandum of Law in Support of Defendants' Motion for Summary Judgment.

22. Annexed hereto as **Exhibit "21"** are true and accurate copies of the relevant pages of testimony from the deposition of Trooper Katherine Gorey to which citation is made in the Defendants' Local Rule 56 Statement and Memorandum of Law in Support of Defendants' Motion for Summary Judgment.

23. Annexed hereto as **Exhibit "22"** is a true and accurate copy Article 16C of the NYSP Manual.

24. Annexed hereto as **Exhibit "23"** is a true and accurate copy of the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Albany, New York
March 29, 2024

                                        Respectfully submitted,

                                        RIVKIN RADLER LLP
                                        *Counsel for Defendants*

By:   *S/ John F. Queenan*
       John F. Queenan, Esq.
       Steven J. Auletta, Esq.
       66 S. Pearl Street, 11th Floor
       Albany, New York 12207
       (518) 642-3000
       john.queenan@rivkin.com
       steven.auletta@rivkin.com