# EXHIBIT "3"
## (Placeholder)

**A True and Accurate Copy of a New York State Police Troop K Communication with the File Name: "Recorded on 25-Sep-2018 at 11.04.17 (2HP{)PDW01819102).WAV" and Further Described in the Declaration of John F. Queenan, Esq., Being Forwarded to the Court and Counsel Pursuant to the Order of the Hon. Colleen McMahon, U.S.D.J., dated March 18, 2024 (Docket No. 30)**