**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUIS LOPEZ, as Administrator of the
Estate of Jaime Lopez-Cabrera,

                    Plaintiff,

     -against-                                      20 **CIVIL** 7798 (CM)

                                                               **JUDGMENT**

TROOPERS KEVIN WOLENSKY and
KATHERINE GOREY,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Order and Decision dated September 9, 2024, Defendants' motion for summary judgment is granted as to all claims and the case is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

      September 10, 2024

                                                        **DANIEL ORTIZ**
                                                      **Acting Clerk of Court**

                                **BY:**     *K. Mango*

                                                           **Deputy Clerk**